[No. 18690-0-II.   Division Two.   April 5, 1996.]

*In the Matter of the Marriage of* CHARLENE A. HANELINE, *Appellant,* v. THOMAS H. HANELINE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-04090-2, Thomas A. Swayze, Jr., J., entered September 2, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 31495-5-I.   Division One.   April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. A.M.G., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-02671-8, Richard M. Ishikawa, J., entered September 2, 1992. *Affirmed* by unpublished per curiam opinion.

[Nos. 33066-7-I; 35419-1-I.   Division One.     April 8, 1996.]

*In the Matter of the Marriage of* ANNE HACKER, *Appellant,* v. JAMES W. HACKER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-3-08687-0, Hon. Commissioner Bonnie Canada-Thurston entered October 7, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Agid, J.

[No. 34447-1-I.   Division One.   April 8, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID C. SCHUBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00027-1, Richard J. Thorpe, J., entered February 22, 1995. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Kennedy, J.